JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIDNEY PETILLO, | ) | NO. CV 19-612-GW (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| HON. PATRICIA L. COLLINS, et al, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: December 2, 2019

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE

1